IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Kevin Dudley, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv749 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Michael J. Astrue, Commissioner of | |
| Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 11, 2011 a Report and Recommendation (Doc. 16). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 17) and plaintiff filed a response to the defendants' objections (Doc. 18).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the decision of the Commission is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. §405(g).

On remand, the Administrative Law Judge is instructed to properly review the medical evidence and provide a "good reason" for not giving Plaintiff's treating physician controlling weight.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Chief Judge Susan J. Dlott
                                              United States District Court